FILED
November 19, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: DT
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No: EP:25-CR-02805-DCG** |
| Plaintiff, | **I N D I C T M E N T** |
| v. | **CTS 1-2:** 18 §§ 922(a)(6), 924(a)(2) – False Statement During Purchase of a Firearm. |
| ASHANTHY MERAZ FLORES, | *Notice of Government's Demand for Forfeiture* |
| Defendant. | |

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about October 24, 2025, in the Western District of Texas, Defendant, in the Western District of Texas, Defendant,

**ASHANTHY MERAZ FLORES,**

in connection with the acquisition of the firearms, to wit: a Glock 42 and a Glock 43X, from a Federal Firearm Licensee, a licensed firearms dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement intended and likely to deceive said dealer as to a fact material to the lawfulness of the sale or acquisition of said firearms, under Chapter 44, Title 18, in that Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, indicating that she was the actual transferee/buyer of the firearms on the Form 4473, when in fact, as Defendant then knew, she purchased the firearms for her brother; in violation of Title 18, United States Code Sections 922(a)(6) and 924(a)(2).

## COUNT TWO

On or about October 24, 2025, in the Western District of Texas, Defendant, in the Western District of Texas, Defendant,

**ASHANTHY MERAZ FLORES,**

in connection with the acquisition of the firearms, to wit: a Glock 42 and a Glock 43X, from a Federal Firearm Licensee, a licensed firearms dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement intended and likely to deceive said dealer as to a fact material to the lawfulness of the sale or acquisition of said firearms, under Chapter 44, Title 18, in that Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, indicating that she did not intend to sell or otherwise dispose of the firearms in furtherance of a felony on the Form 4473, when in fact, as Defendant then knew, she purchased the firearms intending that they would be illegally exported to Mexico; in violation of Title 18, United States Code Sections 922(a)(6) and 924(a)(2).

### NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### Firearms Trafficking Violations and Forfeiture Statutes
**[Title 18 U.S.C. §§ 922 (a)(6), and 924(a)(2), subject to forfeiture pursuant to Title 18 U.S.C § 924(d)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the criminal violation set forth above, the United States of America gives notice to Defendant **ASHANTHY MERAZ FLORES** of its intent to seek the forfeiture of property described below upon conviction and pursuant to FED. R. CRIM. P. 32.2, Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which states:

**Title 18 U.S.C. § 924.**
\* \* \*

**(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection (a)(4), (a)(6), (f), (g), (h), (i), (j), or (k) of section 922, or knowing importation or bringing into the United States or any possession thereof any firearm or ammunition in violation of section 922(*l*), or knowing violation of section 924, shall be subject to seizure and forfeiture under the provisions of this chapter. . .

This Notice of Demand for Forfeiture includes but is not limited to the property described in Paragraph II.

## II.
### Property

1. Glock 43X, 9 caliber pistol, s/N AKWD545;
2. Glock 42, 380 caliber pistol, S/N AKRG258; and
3. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offenses.

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney

3